UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RAFFEL SYSTEMS, LLC,

    Plaintiff,

v.   Case No. 2:18-cv-01765

MAN WAH HOLDINGS LTD., INC.,
MAN WAH (USA) INC., and
XYZ COMPANIES 1-10,

    Defendants.

## AFFIDAVIT OF DAVID E. JONES, RET., SPECIAL MASTER

This Affidavit is filed pursuant to Rule 53(b)(3)(A) of the Federal Rules of Civil Procedure.

1. I, David E. Jones, have read and understand the provisions of 28 U.S.C. § 455;

2. to the best of my knowledge and belief, there are no grounds upon which my impartiality might reasonably be questioned in this proceeding; and

3. none of the grounds for disqualification listed in § 455 exist as to my service as Special Master in this case.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 19th day of November, 2019.

                       /s/ David E. Jones
                       David E. Jones, Ret.
                       Resolute Systems, LLC