UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**RAFFEL SYSTEMS, LLC,**

    Plaintiff,

  v.                                                 Case No. 18-CV-1765

**MAN WAH HOLDINGS LTD, INC.,**
**MAN WAH (USA) INC., and XYZ**
**COMPANIES 1-10,**

    Defendants.

## ORDER ON MOTION TO RELEASE BOND

Plaintiff Raffel Systems, LLC moves pursuant to Fed. R. Civ. P. 65(c) and Civil Local Rule 7(h) to release the injunction bond imposed as a component of the preliminary injunction entered in this case in July 2019. (Docket # 450.) Specifically, on July 11, 2019, the Court entered an order granting Raffel's motion for a temporary restraining order and preliminary injunction against Defendants Man Wah Holdings Ltd., Inc. and Man Wah (USA), Inc. (collectively "Man Wah"). (Docket # 87.) As part of the Order, Man Wah agreed to voluntarily implement several manufacturing procedures, enumerated in the Order, until final judgment was rendered in the litigation. (*Id.* at 1–5.) In addition, Man Wah was ordered to provide monthly reports to both Raffel and the Court regarding replacement of the accused cup holders. (*Id.* at 5.) Raffel was ordered to post bond in the amount of $2 million. (*Id.* at 6.)

In June 2022, a jury in this district returned a verdict finding that Man Wah infringed Raffel's trade dress. (Docket # 439.) Given this verdict, Raffel argues the Court should release the bond no later than the afternoon of July 11, 2022, as Raffel is obligated to make a

nonrefundable payment of $40,000.00 to its bond surety, the Guarantee Company of North America, USA, by that date. (Declaration of Paul Stangl at ¶¶ 2–3, Docket # 451.)

Man Wah does not oppose Raffel foregoing renewal of the bond as set forth in the injunction order. (Docket # 455 at 2.) However, Man Wah requests that it be released from the requirement that it submit monthly reports regarding replacement cup holders. (*Id.*) Both requests are granted.

**NOW, THEREFORE, IT IS ORDERED** that Raffel's motion for release of injunction bond (Docket # 450) is **GRANTED**. The injunction bond is immediately released.

**IT IS FURTHER ORDERED** that Man Wah is released from its requirement to submit monthly reports regarding replacement cup holders.

Dated at Milwaukee, Wisconsin this 11th day of July, 2022.

BY THE COURT

_____
NANCY JOSEPH
United States Magistrate Judge