UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

RAFFEL SYSTEMS, LLC,

  Plaintiff,

  v.             Case No. 2:18-cv-01765
                 Hon. Judge Nancy Joseph

MAN WAH HOLDINGS LTD., INC.,
MAN WAH (USA) INC., and
XYZ COMPANIES 1-10,

  Defendants.

---

## DECLARATION OF JOHN C. SCHELLER IN SUPPORT OF PLAINTIFF RAFFEL SYSTEMS, LLC'S BILL OF COSTS

---

I, John C. Scheller, declare under penalty of perjury that the following is true and correct:

1. I am an attorney with the law firm of Michael Best & Friedrich LLP and represent Plaintiff Raffel Systems, LLC in the above-captioned case. I make this declaration based on my own personal knowledge of the facts stated herein and submit this declaration in support of Plaintiff Raffel Systems, LLC's Bill of Costs.

2. Attached hereto as **Exhibit 1** is a true and accurate copy of a spreadsheet summarizing all process service fees which were reasonable and necessarily incurred in this matter.

3. Attached here to as **Exhibit 2** is a true and accurate copy of a spreadsheet summarizing which process service fees identified in Exhibit 1 were paid by Michael Best & Friedrich LLP, along with documentation showing that Michael Best paid such costs. Such costs were reasonable and necessarily incurred in this matter.

4. Attached hereto as **Exhibit 3** is a true and accurate copy of a spreadsheet summarizing all transcript costs which were reasonable and necessarily incurred in this matter.

5. Attached hereto as **Exhibit 4** is a true and accurate copy of a spreadsheet summarizing which transcript costs identified in Exhibit 3 were paid by Michael Best & Friedrich LLP, along with documentation showing that Michael Best paid such costs. Such costs were reasonable and necessarily incurred in this matter.

6. Attached hereto as **Exhibit 5** is a true and accurate copy of a spreadsheet summarizing witness fees which were reasonable and necessarily incurred in this matter, along with documentation supporting the witness fees paid by Michael Best & Friedrich LLP.

7. Attached hereto as **Exhibit 6** is a true and accurate copy of a spreadsheet summarizing exemplification copy costs which were reasonable and necessarily incurred in this matter, along with documentation supporting the exemplification copy costs paid by Michael Best & Friedrich LLP.

8. Attached hereto as **Exhibit 7** is a true and accurate copy of a spreadsheet summarizing all eDiscovery fees which were reasonable and necessarily incurred in this matter. Exhibit 7 also includes backup materials describing the work performed to support the eDiscovery fees claimed.

9. Attached hereto as **Exhibit 8** is a true and accurate copy of a spreadsheet summarizing which eDiscovery copy costs identified in Exhibit 7 were paid by Michael Best & Friedrich LLP, along with documentation showing that Michael Best paid such costs. Such costs were reasonable and necessarily incurred in this matter.

10. Attached hereto as **Exhibit 9** is a true and accurate copy of a spreadsheet summarizing the total taxable costs which were reasonable and necessarily incurred in this matter.

11. These taxable costs are allowed by law, correctly stated, and were necessarily incurred, and the services for which the fees have been charged were actually and necessarily performed.

EXECUTED this the 5th day of August, 2022.

By: /s/ John C. Scheller
John C. Scheller