# Exhibit 3

Attached to the Declaration of John C. Scheller in Support of Raffel Systems, LLC's Bill of Costs

# TRANSCRIPT COSTS

| Taxable Cost | Invoice Date | Invoice No. | Amount | Deponent | Date of Deposition | Description | Entity who Paid |
|---|---|---|---|---|---|---|---|
| transcript | 8/26/2019 | 116836 | $ 1,785.52 | Seidl, Kenneth | 7/31/2019 | Gregory Edwards - Deposition of Kenneth Seidl, 7/31/2019 | Casimir Jones |
| transcript | 8/26/2019 | 116844 | $ 765.00 | Seidl, Kenneth | 7/31/2019 | Gregory Edwards - Deposition of Kenneth Seidl_video services, 7/31/2019 | Casimir Jones |
| transcript | 8/28/2019 | 116857 | $ 1,251.45 | Stangl, Paul | 8/1/2019 | Gregory Edwards - Deposition of Paul Stangl, 8/1/2019 | Casimir Jones |
| transcript | 8/28/2019 | 116858 | $ 690.00 | Stangl, Paul | 8/1/2019 | Gregory Edwards - Deposition of Paul Stangl_video services, 8/1/2019 | Casimir Jones |
| transcript | 8/26/2019 | 116842 | $ 845.45 | Weeden, Richard | 8/1/2019 | Gregory Edwards - Deposition of Richard Weeden, 8/1/2019 | Casimir Jones |
| transcript | 8/26/2019 | 116843 | $ 660.00 | Weeden, Richard | 8/1/2019 | Gregory Edwards - Deposition of Richard Weeden_video services, 8/1/2019 | Casimir Jones |
| transcript | 8/28/2019 | 116861 | $ 1,692.05 | Stangl, Paul | 8/2/2019 | Gregory Edwards - Deposition of Paul Stangl, 8/2/2019 | Casimir Jones |
| transcript | 8/28/2019 | 116862 | $ 735.00 | Stangl, Paul | 8/2/2019 | Gregory Edwards - Deposition of Paul Stangl_video services, 8/2/2019 | Casimir Jones |
| transcript | 12/20/2019 | 110338792 | $ 673.65 | Hank's Furniture (Megan Allen) | 12/9/2019 | US Legal Support - Deposition of Megan Allen, Hank's Furniture, 12/9/2019 | MBF |
| transcript | 1/15/2020 | 679958 | $ 3,196.75 | Wong, Tommy | 12/16/2019 | TSG Reporting - Deposition of Tommy Wong, 12/16/2019 | Raffel |
| transcript | 1/15/2020 | 679959 | $ 1,915.00 | Wong, Tommy | 12/16/2019 | TSG Reporting - Deposition of Tommy Wong_video services, 12/16/2019 | Raffel |
| transcript | 1/15/2020 | 679962 | $ 2,067.65 | Chen, Binghuang | 12/17/2019 | TSG Reporting - Deposition of Binghuang Chen, 12/17/2019 | Raffel |
| transcript | 1/15/2020 | 679963 | $ 1,525.00 | Chen, Binghuang | 12/17/2019 | TSG Reporting - Deposition of Binghuang Chen_video services, 12/17/2019 | Raffel |
| transcript | 1/15/2020 | 679966 | $ 2,355.25 | Wong, Zoe | 12/18/2019 | TSG Reporting - Deposition of Zoe Wong, 12/18/2019 | Raffel |
| transcript | 1/15/2020 | 679967 | $ 1,540.00 | Wong, Zoe | 12/18/2019 | TSG Reporting - Deposition of Zoe Wong_video services, 12/18/2019 | Raffel |
| transcript | 1/15/2020 | 679970 | $ 3,202.70 | Huang, Linhua and Wang, Xiaodong | 12/19/2019 | TSG Reporting - Deposition of Linhua Huang & Xiaodong Wang, 12/19/2019 | Raffel |
| transcript | 1/15/2020 | 679971 | $ 2,290.00 | Huang, Linhua and Wang, Xiaodong | 12/19/2019 | TSG Reporting - Deposition of Linhua Huang & Xiodong Wang_video services, 12/19/2019 | Raffel |
| transcript | 1/15/2020 | 679974 | $ 1,899.75 | Li, Linli | 12/20/2019 | TSG Reporting - Deposition of Linli Li, 12/20/2019 | Raffel |
| transcript | 1/15/2020 | 679975 | $ 1,540.00 | Li, Linli | 12/20/2019 | TSG Reporting - Deposition of Linli Li_video services, 12/20/2019 | Raffel |
| transcript | 1/31/2020 | 117978 | $ 1,374.45 | Stangl, Paul | 1/9/2020 | Gregory Edwards - Deposition of Paul Stangl, 1/9/2020 | Raffel |
| transcript | 1/31/2020 | 117981 | $ 821.43 | Sisk, Tyler | 1/10/2020 | Gregory Edwards - Deposition of Tyler Sisk, 1/10/2020 | Raffel |
| transcript | 2/20/2020 | NY4161042 | $ 2,118.55 | Macy's (Peter Cassidy) | 1/10/2020 | Veritext - Deposition of Macy's (Peter Cassidy), 1/10/2020 | Raffel |
| transcript | 1/31/2020 | 110350571 | $ 1,921.55 | Ray, Guy | 1/14/2020 | US Legal Support - Deposition of Guy Ray, Vol 1, 1/14/2020 | MBF |

# TRANSCRIPT COSTS

| Taxable Cost | Invoice Date | Invoice No. | Amount | Deponent | Date of Deposition | Description | Entity who Paid |
|---|---|---|---|---|---|---|---|
| transcript | 1/30/2020 | 110350600 | $ 1,680.00 | Ray, Guy | 1/14/2020 | US Legal Support - Deposition of Guy Ray, Vol I_video services, 1/14/2020 | Raffel |
| transcript | 1/31/2020 | 110348640 | $ 1,140.75 | Ray, Guy | 1/15/2020 | US Legal Support - Deposition of Guy Ray, Vol II, 1/15/2020 | Raffel |
| transcript | 1/30/2020 | 110347869 | $ 1,065.00 | Ray, Guy | 1/15/2020 | US Legal Support - Deposition of Guy Ray, Vol II_video services, 1/15/2020 | Raffel |
| transcript | 2/4/2020 | 110351723 | $ 1,253.40 | Hunsberger, Jim | 1/16/2020 | US Legal Support - Deposition of Jim Hunsberger, 1/16/2020 | Raffel |
| transcript | 2/6/2020 | 110353227 | $ 1,775.00 | Hunsberger, Jim | 1/16/2020 | US Legal Support - Deposition of Jim Hunsberger_video services, 1/16/2020 | Raffel |
| transcript | 2/4/2020 | 110351942 | $ 1,153.80 | Daccio, Fabio | 1/17/2020 | US Legal Support - Deposition of Fabio Daccio, 1/17/2020 | Raffel |
| transcript | 1/30/2020 | 110347887 | $ 1,065.00 | Daccio, Fabio | 1/17/2020 | US Legal Support - Deposition of Fabio Daccio_video services, 1/17/2020 | Raffel |
| transcript | 1/30/2020 | 110350513 | $ 1,027.05 | Parker House (Christopher Lupo) | 1/17/2020 | US Legal Support - Deposition of Parker House (Christopher Lupo), 1/17/2020 | Casimir Jones |
| transcript | 2/10/2020 | 118037 | $ 415.20 | Howman, John | 1/22/2020 | Gregory Edwards - Deposition of John Howman, 1/22/2020 | Raffel |
| transcript | 2/26/2020 | 110354486 | $ 583.20 | Alpert, David | 1/27/2020 | US Legal Support - Deposition of David Alpert, 1/27/2020 | Raffel |
| transcript | 11/10/2020 | 110414973 | $ 580.00 | Alpert, David | 1/27/2020 | US Legal Support - Deposition of David Alpert_video services, 1/27/2020 | Raffel |
| transcript | 2/14/2020 | 110354789 | $ 1,025.16 | Burwell, Michael | 1/28/2020 | US Legal Support - Deposition of Michael Burwell, Vol I, 1/28/2020 | Raffel |
| transcript | 2/3/2020 | 110350905 | $ 775.00 | Burwell, Michael | 1/28/2020 | US Legal Support - Deposition of Michael Burwell, Vol I_video services, 1/28/2020 | Raffel |
| transcript | 11/11/2020 | 110415396 | $ 662.50 | Burwell, Michael | 1/28/2020 | US Legal Support - Deposition of Michael Burwell, Vol I_video text synch services, 1/28/2020 | Raffel |
| transcript | 2/24/2020 | 11035861 | $ 1,502.61 | American Signature (Richard Favata) | 2/12/2020 | US Legal Support - Deposition of American Signature (Richard Favata), 2/12/2020 | Casimir Jones |
| transcript | 3/4/2020 | 110362807 | $ 2,139.68 | Burwell, Michael | 2/19/2020 | US Legal Support - Deposition of Michael Burwell, Vol II, 2/19/2020 | Raffel |
| transcript | 2/24/2020 | 110358756 | $ 1,125.00 | Burwell, Michael | 2/19/2020 | US Legal Support - Deposition of Michael Burwell, Vol II_video services, 2/19/2020 | Raffel |
| transcript | 11/11/2020 | 110415397 | $ 810.00 | Burwell, Michael | 2/19/2020 | US Legal Support - Deposition of Michael Burwell_video text synch services, Vol II, 2/19/2020 | Raffel |
| transcript | 2/27/2020 | 20-27677 | $ 349.00 | Onsby, Brandon | 2/20/2020 | Digital Evidence Group - Deposition of Brandon Onsby, 2/20/2020 | Casimir Jones |
| transcript | 8/19/2020 | 30234 | $ 1,952.50 | Ricca, Steven | 8/12/2020 | For The Record Inc. - Deposition transcripts of Steven Ricca, 8/12/2020 and Alan Ball, 8/13/2020 | Raffel |
| transcript | 9/30/2020 | 130158688 | $ 514.50 | Walker, David | 9/15/2020 | US Legal Support - Deposition of David Walker, 9/15/2020 | Raffel |
| transcript | 10/26/2020 | 130161692 | $ 691.00 | Conroy, Richard | 9/18/2020 | US Legal Support - Deposition of Richard Conroy, 9/18/2020 | Raffel |

# TRANSCRIPT COSTS

| Taxable Cost | Invoice Date | Invoice No. | Amount | Deponent | Date of Deposition | Description | Entity who Paid |
|---|---|---|---|---|---|---|---|
| transcript | 10/14/2020 | 130160274 | $ 1,686.65 | Kemnitzer, Ronald | 9/24/2020 | US Legal Support - Deposition of Ronald Kemnitzer, 9/24/2020 | Raffel |
| transcript | 10/9/2020 | 30470 | $ 834.95 | Ricca, Steven | 9/29/2020 | For The Record Inc. - Deposition transcript of Steven Ricca, 9/29/2020 | Raffel |
| transcript | 10/14/2020 | 30503 | $ 1,041.70 | Varner, Thomas | 10/2/2020 | For The Record Inc. - Deposition transcript of Thomas Varner, 10/2/2020 | Raffel |
| transcript | 10/15/2020 | 30518 | $ 192.45 | Vranian, Charles | 10/8/2020 | For The Record Inc. - Deposition transcript of Charles Vranian, 10/8/2020 | Raffel |
| transcript | 10/27/2020 | 30576 | $ 137.00 | Ball, Alan | 10/21/2020 | For The Record Inc. - Deposition transcript of Alan Ball, 10/21/2020 | Raffel |
| transcript | 1/31/2020 | 1411 | $ 572.25 | N/A | N/A | USDC Court Reporter - Susan Armbruster - Hearing transcripts for 3/11/2019, 3/21/2019, 4/5/2019, and 4/10/2019 | Raffel |
| transcript | 11/23/2020 | none | $ 1,546.79 | N/A | N/A | USDC Court Reporter - Thomas A Malkiewicz - Hearing transcript re inventorship bench trial 11/16-17/2020 | Raffel |
| transcript | 5/20/2022 | 10324 | $ 732.25 | N/A | N/A | USDC Court Reporter - Thomas A Malkiewicz - Hearing transcript re 5/19/2022 pretrial conf | Raffel |
| transcript | 6/3/2022 | 10325 | $ 66.00 | N/A | N/A | USDC Court Reporter - Thomas A Malkiewicz - Transcript of 6/2/2022 Final Pretrial Conference | MBF |
| transcript | 6/2/2022 | 10325 | $ 6,277.50 | N/A | N/A | USDC Court Reporter - Thomas A Malkiewicz - Daily trial transcripts and Real Time (2 invoices; one for transcripts ($4,252.40) and one for real time ($2,025.00) | MBF |
| transcript | 7/11/2022 | 10325 | $ 5,203.75 | N/A | N/A | USDC Court Reporter - Thomas A Malkiewicz - Final Trial Transcripts | Raffel |
| **TOTAL TRANSCRIPT COSTS** | | | **$ 78,442.84** | | | | |